## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KAYDO MOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-3112 |
| | ) | |
| C.O. DAWGNS, *et al*., | ) | Honorable Colin Sterling Bruce |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO APRIL 6, 2020 COURT ORDER

Defendants, Lieutenant David Dodds, Robert Downs, and Arlene Thomas ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, respond to the Court Order of April 6, 2020 as follows:

1. On April 15, 2020, Defendants served their Rule 26(a)(1) initial disclosures on Plaintiff via U.S. mail, along with copies of the following documents:

   Bate Nos. 001-004 Offender Outpatient Progress Notes
   Bate Nos. 005-006 Disciplinary Card
   Bate Nos. 007-008 Adjustment Committee Final Summary Report
   Bate No.  009 Program Committee Final Summary Report
   Bate No.  010 Offender Disciplinary Report
   Bate Nos. 011-012 Incident Report of 12/7/2018

2. Furthermore, Defendants recognize their obligation to supplement their production as the investigation continues, and will provide any supplemental documents as required by the Federal Rules of Civil Procedure.

Dated: April 15, 2020

**KWAME RAOUL**
Illinois Attorney General

Respectfully submitted,

By: /s/ Joseph S. Moy
 Joseph S. Moy
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4355 Phone
(312) 814-4425 Fax
Email: JMoy@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, the foregoing document, *Response to April 6, 2020 Court Order*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered:

Kaydo T Moreman (Y30070)
Shawnee Correctional Center
6665 State Rd Rt. 146 E
Vienna, IL 62995

                                          Respectfully submitted,

                                          /s/ Joseph Moy
                                          Joseph Moy