IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAYDO MOREMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-3112 |
| ) | Honorable Colin Sterling Bruce |
| C.O. DAWGNS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendants, Lieutenant David Dodds, Robert Downs, and Arlene Thomas ("Defendants"), by and through their attorney, KWAME RAOUL, Illinois Attorney General, respond in opposition to Plaintiff's Motion to Compel as follows:

1.      Plaintiff, an inmate currently incarcerated at Shawnee Correctional Center, brought this lawsuit pursuant to 42 U.S.C. Section 1983 alleging claims for violations of his constitutional rights.

2.      Plaintiff filed his Motion to Compel ("Motion") seeking to compel the production of documents and interrogatories on June 25, 2020.

3.      The undersigned has been working remotely due to the COVID-19 pandemic and received Plaintiff's request to produce and interrogatories on June 25, 2020, after Plaintiff filed his motion to compel.

4.      The undersigned has been working diligently since June 25, 2020 to gather any responsive documents. To date, the undersigned has received some documents from the record keeper that are responsive to Plaintiff's requests; however, the undersigned is still determining whether any additional responsive documents exist.

5.  As of this filing, the undersigned has not even had 30 days to request and obtain documents from the record keeper, discuss this matter with his clients, prepare Defendants' responses, and obtain signed verifications.

6.  District courts have broad discretion in matters relating to discovery. *Patterson v. Avery Dennison Corp.*, 281 F.3d 676, 681 (7th Cir. 2002). In this matter, Defendants believe it is well within the Court's discretion to deny Plaintiff's Motion to Compel and allow Defendants sufficient time to respond to Plaintiff's request to produce and interrogatories.

Wherefore, Defendants respectfully request that this Court deny Plaintiff's Motion, and grant any such further relief that the Court deems necessary and just.

Dated: July 8, 2020

Respectfully submitted,

**KWAME RAOUL**
Illinois Attorney General
Joseph S. Moy
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4355 Phone
(312) 814-4425 Fax
Email: JMoy@atg.state.il.us

By: /s/ Joseph S. Moy
    Joseph S. Moy
    Assistant Attorney General

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2020, the foregoing document, *Defendants' Response in opposition to Plaintiff's Motion to Compel*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

    And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Kaydo T Moreman (Y30070)
Shawnee Correctional Center
6665 State Rd Rt. 146 E
Vienna, IL 62995

                                           Respectfully submitted,

                                           /s/ Joseph Moy
                                           Joseph Moy