# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAYDO MOREMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-3112 |
| ) | |
| C.O. DOWNS, *et al.*, ) | Honorable Colin Stirling Bruce |
| ) | |
| Defendants. ) | |

## DEFENDANTS' REPORT ON FINDINGS REGARDING VIDEO FOOTAGE

Defendants, David Dodds, Robert Downs, and Arlene Thomas, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and pursuant to this Court's Order dated August 4, 2020, state as follows:

1. On August 4, 2020, this Court entered an order requesting Defendants to investigate and determine whether any relevant video footage of the incidents alleged in Plaintiff's complaint exists. Defendants were ordered to file a report within 21 days from August 4, 2020 of their finding.

2. The undersigned investigated the matter further and was informed that Jacksonville Correctional Center has video footage relating to the alleged incident in Plaintiff's Complaint that occurred on December 6, 2018.

Dated: August 24, 2020

Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois

/s/ *Joseph S. Moy*
Joseph S. Moy
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
T: 312-814-4355; jmoy@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, the foregoing document, *Defendants' Report on Findings Regarding Video Footage*, was electronically filed with the Clerk of the Court using the CM/ECF system. And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered:

Kaydo T Moreman (Y30070)
Shawnee Correctional Center
6665 State Rd Rt. 146 E
Vienna, IL 62995

                                              Respectfully submitted,

                                              /s/ *Joseph Moy* _____
                                              Joseph Moy