IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KAYDO MOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-3112 |
| | ) | |
| C.O. DOWNS, *et al.*, | ) | Honorable Colin Stirling Bruce |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S CLAIM THAT
THEY FAILED TO PROVIDE INTERROGATORY RESPONSES**

Defendants, David Dodds, Robert Downs, and Arlene Thomas ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and pursuant to this Court's Order dated August 27, 2020, state as follows:

1. On August 3, 2020, Plaintiff filed a motion to compel in which he claimed that he did not receive Defendants' responses to his interrogatories. [Dkt. 39].

2. On August 27, 2020, the Court entered an order directing Defendants to respond to this claim within 14 days.

3. Defendants Downs and Thomas's responses to Plaintiff's First Set of Interrogatories were served on Plaintiff on July 24, 2020; and Defendant Dodds's responses were served on July 27, 2020.

4. Accordingly, Defendants responded to Plaintiff's interrogatories prior to the filing of his motion to compel.

5. To the extent that the Court has not previously ruled on Plaintiff's motion to compel in its entirety, it should be denied as moot with respect to the interrogatory responses.

Dated: September 9, 2020

                                                      Respectfully submitted,

KWAME RAOUL  
Attorney General for Illinois            /s/ *Joseph S. Moy*  
                                                   Joseph S. Moy  
                                                   Assistant Attorney General  
                                                   100 W. Randolph St., 13th Floor  
                                                   Chicago, Illinois 60601  
                                                   T: 312-814-4355  
                                                   jmoy@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2020, the foregoing document, *Defendants' Response to Plaintiff's Claim that they Failed to Provide Interrogatory Responses*, was electronically filed with the Clerk of the Court using the CM/ECF system. And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered:

Kaydo T Moreman (Y30070)  
Shawnee Correctional Center  
6665 State Rd Rt. 146 E  
Vienna, IL 62995

                                                      Respectfully submitted,

                                                     /s/ *Joseph Moy* _____  
                                                   Joseph Moy